UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT J. LUMPKIN,<br><br>                        Plaintiff,<br>    v.<br><br>WASHINGTON CORRECTIONS CENTER,<br><br>                        Defendant. | No. C09-5045 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION WITHOUT PREJUDICE |

The Magistrate Judge recommends this prisoner civil rights action be dismissed without prejudice for failure to state a claim and failure to exhaust administrative remedies. Plaintiff has not filed objections to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED without prejudice**; and

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 23rd day of June, 2009.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2