# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT J. LUMPKIN

v.

WASHINGTON CORRECTIONS CENTER

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5045FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice**.

| | |
|---|---|
| June 23, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |